Patek Brothers, Inc., appellant, v. Gossard Radio & Wire Company, formerly Ferro Manufacturing Company, appellee. Gen. No. 7,560.

Action upon two trade acceptances. Judgment for plaintiffs for one and they appeal. Appeal from the County Court of Boone county; the Hon. Richard V. Carpenter, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed December 17, 1925.

Robert W. Waugh, for appellant. Alexander J. Strom, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Joseph Adelman, appellee, v. Illinois Central Railroad Company, appellant. Gen. No. 7,572.

Action for damage to automobile by train in crossing collision. Judgment for plaintiff. Appeal from the Circuit Court of Kankakee county; the Hon. Arthur W. De Selm, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 24, 1925.

Hunter & Minor, for appellant; John G. Drennan, of counsel. Miller & Streeter, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

I. H. Burnstine and Isadore Burnstine, trading as Riviera Motor Sales, appellants, v. James Mack, appellee. Gen. No. 7,596.

Replevin to recover automobile from sheriff after seizure on execution against third party. Judgment for sheriff. Appeal from the Circuit Court of Grundy county; the Hon. G. O. Dietz, Judge, presiding. Heard in this court at the October term, 1925. Affirmed. Opinion filed December 28, 1925.

Pritzker & Pritzker, for appellants. Cornelius Reardon, for appellee.

Mr. Justice Partlow delivered the opinion of the court.

---

Reo Motor Car Company of Chicago, appellee, v. F. E. Jones, appellant. Gen. No. 7,545.

Action upon note. Judgment by confession. Appeal from denial of motion to re-open and admit plea. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the October term, 1925. Reversed and remanded. Opinion filed December 30, 1925.

L. M. Green and R. E. Beckington, for appellant. Hinchcliff & Miller, for appellee.

Mr. Justice Jett delivered the opinion of the court.